UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cr-00103-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANTE XAVIA DUFFY, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 13). Defendant requests the Court release him from custody because "There is units locked down/and with the Corona . . . . [and] I do not wish to die in Jail or in Prison. My 6 months is all most [sic] over. I also have chronic asthma." Id. The Court ordered the Government to respond, (Doc. No. 15), but before this motion was ripe, Defendant was released from custody. (Doc. No. 16, p. 3). Defendant was subsequently arrested and is now being detained pursuant to charges on a supervised release violation petition. (Doc. Nos. 16, 22). Notwithstanding his return to custody, the specific arguments and relief requested became moot when he was released. Accordingly, the Court DENIES the motion AS MOOT.

IT IS THEREFORE ORDERED that Defendant's Motion for Compassionate Release (Doc. No. 13) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: December 3, 2021

Frank D. Whitney
United States District Judge